KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE

1615 M STREET, N.W.

SUITE 400

WASHINGTON, D.C. 20036-3209

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

March 13, 2015

*Via ECF*

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *NCUA v. Credit Suisse Securities (USA) LLC*, No. 13-cv-6736 (DLC) (S.D.N.Y.);
               *NCUA v. Credit Suisse Securities (USA) LLC*, No. 12-2648 (JWL-JPO) (D. Kan.)

Dear Judge Cote:

      Yesterday, this Court endorsed NCUA's request to file under seal Exhibit B to NCUA's March 12, 2015 motion to compel Defendant Credit Suisse to respond adequately to NCUA's First Set of Interrogatories in the above-captioned matters.

      Pursuant to this Court's Individual Practices in Civil Cases, NCUA confirms that it has filed that exhibit in unredacted form with the Sealed Records Department of the Southern District of New York, in accordance with the Department's procedures.

Judge Cote
March 13, 2015
Page 2

Respectfully submitted,

/s/  David C. Frederick

| | |
|---|---|
| David C. Frederick | Erik Haas |
| Wan J. Kim | Peter W. Tomlinson |
| Gregory G. Rapawy | Henry J. Ricardo |
| Andrew C. Shen | PATTERSON BELKNAP WEBB & TYLER LLP |
| KELLOGG, HUBER, HANSEN, TODD, | 1133 Avenue of the Americas |
|    EVANS & FIGEL, P.L.L.C. | New York, NY 10036 |
| Sumner Square | Tel:  (212) 336-2000 |
| 1615 M Street, N.W., Suite 400 | Fax:  (212) 336-2222 |
| Washington, D.C. 20036 | ehaas@pbwt.com |
| Tel:  (202) 326-7900 | pwtomlinson@pbwt.com |
| Fax:  (202) 326-7999 | hjricardo@pbwt.com |
| dfrederick@khhte.com | |
| wkim@khhte.com | David H. Wollmuth |
| grapawy@khhte.com | Frederick R. Kessler |
| ashen@khhte.com | Steven S. Fitzgerald |
| | Ryan A. Kane |
| George A. Zelcs | WOLLMUTH MAHER & DEUTSCH LLP |
| KOREIN TILLERY LLC | 500 Fifth Avenue, 12th Floor |
| 205 North Michigan Avenue, Suite 1950 | New York, NY 10110 |
| Chicago, IL 60601 | Tel:  (212) 382-3300 |
| Tel:  (312) 641-9750 | Fax:  (212) 382-0050 |
| Fax:  (312) 641-9751 | dwollmuth@wmd-law.com |
| gzelcs@koreintillery.com | fkessler@wmd-law.com |
| | sfitzgerald@wmd-law.com |
| Stephen M. Tillery | rkane@wmd-law.com |
| Greg G. Gutzler | |
| Robert L. King | Norman E. Siegel (D. Kan. # 70354) |
| KOREIN TILLERY LLC | Rachel E. Schwartz (Kan. # 21782) |
| 505 North Seventh Street, Suite 3600 | STUEVE SIEGEL HANSON LLP |
| St. Louis, MO 63101 | 460 Nichols Road, Suite 200 |
| Tel:  (314) 241-4844 | Kansas City, MO 64112 |
| Fax:  (314) 241-3525 | Tel: (816) 714-7100 |
| stillery@koreintillery.com | Fax: (816) 714-7101 |
| ggutzler@koreintillery.com | siegel@stuevesiegel.com |
| rking@koreintillery.com | schwartz@stuevesiegel.com |

*Attorneys for Plaintiff National Credit Union Administration Board*

cc:     Counsel of Record (via ECF)