```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                         Plaintiff,   :    13cv6705 (DLC)
            -v-                       :    13cv6719 (DLC)
                                      :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,         :    13cv6726 (DLC)
                                      :    13cv6727 (DLC)
                         Defendants.  :    13cv6731 (DLC)
                                      :    13cv6736 (DLC)
And other NCUA Actions.               :
-------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                         Plaintiff,   :    11cv2340 (JWL)
            -v-                       :    11cv2649 (JWL)
                                      :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :    12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,        :    13cv2418 (JWL)
                                      :
                         Defendants.  :
                                      :
And other NCUA Actions.               :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/15

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                         Plaintiff,      :
              -v-                        :     11cv5887 (GW)
                                         :     11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH    :
CAPITAL MARKETS, INC., et al.,           :
                                         :     ORDER
                         Defendants.     :
                                         :
And other NCUA Actions.                  :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

In a March 12, 2015 submission, NCUA requests that defendant Credit Suisse be required to respond more directly to NCUA's First Set of Interrogatories.  In its March 16 response, Credit Suisse reports <u>inter alia</u> that it has provided voluminous information to NCUA and that it has responded to NCUA's database-related inquiries to assist NCUA in trying to locate responsive information in its production.  The information which is sought by NCUA's First Set of Interrogatories is information that each party to this litigation must collect and examine. Having reviewed these submissions, and having concluded that the most practical method of obtaining the information sought by NCUA's First Set of Interrogatories is the use of interrogatories, it is hereby

2

ORDERED that Credit Suisse shall respond to NCUA's First Set of Interrogatories within 14 days by providing the information in the form requested by each interrogatory, for instance by securitization, by loan pool, or by loan.

Dated: March 16, 2015        /s/ Denise Cote
                             United States District Judge


Dated: March 16, 2015        /s/ George H. Wu
                             United States District Judge


Dated: March 16, 2015        /s/ John W. Lungstrum
                             United States District Judge


Dated: March 16, 2015        /s/ James P. O'Hara
                             United States Magistrate Judge