March 20, 2015

*Via ECF (S.D.N.Y. and C.D. Cal.) and Email (D. Kan.)*

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable John W. Lungstrum
The Honorable James P. O'Hara
United States District Court for the District of Kansas
500 State Avenue, Suite 517
Kansas City, KS 66101

The Honorable George H. Wu
United States District Court for the Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

> Re:  *NCUA v. Credit Suisse Securities (USA) LLC*, No. 13-cv-6736 (DLC) (S.D.N.Y.)
> *NCUA v. Credit Suisse Securities (USA) LLC*, No. 12-cv-2648 (JWP-JPO) (D. Kan.)
> *NCUA v. Morgan Stanley & Co.*, No. 13-cv-6705 (DLC) (S.D.N.Y.) (Lead Case)

Dear Judges Cote, Lungstrum, Wu, and O'Hara:

    Pursuant to the Courts' March 17, 2015 Order, the parties respectfully submit this status report on their discussions regarding an appropriate schedule of disclosures under § (k) of the Loan File Re-Underwriting Protocol ("LFRP").

    As ordered by the Courts, the parties met and conferred on March 19 concerning Credit Suisse's February 20, 2015 notice pursuant to § (k) of the LFRP of its intent to re-underwrite "Loan Files other than the NCUA Sampled Loans for purposes of an expert report." During that meet-and-confer call, Credit Suisse informed NCUA that, after further consideration, it no longer intends to re-underwrite "Loan Files other than the NCUA Sampled Loans for purposes of an expert report." Credit Suisse further informed NCUA that it intends to re-underwrite only a subset of the NCUA Sampled Loans that NCUA discloses on May 16, 2015, pursuant to § (j) of the LFRP. Accordingly, the parties no longer have a dispute for the Courts to resolve.

Judges Cote, Lungstrum, Wu, and O'Hara
March 20, 2015
Page 2

Respectfully submitted,

/s/  David C. Frederick
David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel:  (312) 641-9750
Fax:  (312) 641-9751
gzelcs@koreintillery.com

Stephen M. Tillery
Greg G. Gutzler
Robert L. King
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel:  (314) 241-4844
Fax:  (314) 241-3525
stillery@koreintillery.com
ggutzler@koreintillery.com
rking@koreintillery.com

Erik Haas
Peter W. Tomlinson
Henry J. Ricardo
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel:  (212) 336-2000
Fax:  (212) 336-2222
ehaas@pbwt.com
pwtomlinson@pbwt.com
hjricardo@pbwt.com

Norman E. Siegel (D. Kan. # 70354)
Rachel E. Schwartz (Kan. # 21782)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

*Attorneys for Plaintiff National Credit Union Administration Board*

Judges Cote, Lungstrum, Wu, and O'Hara
March 20, 2015
Page 3

/s/  Richard W. Clary
Richard W. Clary
Julie A. North
Richard J. Stark
Michael T. Reynolds
Lauren A. Moskowitz
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Tel:  (212) 474-1000
Fax:  (212) 474-3700
rclary@cravath.com
jnorth@cravath.com
rstark@cravath.com
mreynolds@cravath.com
lmoskowitz@cravath.com

*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*

cc:	Counsel of Record (via ECF or Email)