```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                         Plaintiff,    :     13cv6705 (DLC)
              -v-                      :     13cv6719 (DLC)
                                       :     13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,          :     13cv6726 (DLC)
                                       :     13cv6727 (DLC)
                         Defendants.   :     13cv6731 (DLC)
                                       :     13cv6736 (DLC)
And other NCUA Actions.                :
------------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                         Plaintiff,    :     11cv2340 (JWL)
              -v-                      :     11cv2649 (JWL)
                                       :     12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH  :     12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,         :     13cv2418 (JWL)
                                       :
                         Defendants.   :
                                       :
And other NCUA Actions.                :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/15

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                     Plaintiff,          :
           -v-                           :     11cv5887 (GW)
                                         :     11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH    :
CAPITAL MARKETS, INC., et al.,           :
                                         :     ORDER
                     Defendants.         :
                                         :
And other NCUA Actions.                  :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

In a request of March 18, made by RBS on behalf of all defendants in these coordinated actions, RBS requests that NCUA be ordered to provide certain information that is related to the NCUA damages calculations in these actions. RBS reports that it has received a spreadsheet prepared by defendant Barclays in connection with a series of transactions known as the NCUA Guaranteed Notes ("NGN") Program, which contains fields of information regarding NGN Notes, but complains that NCUA has not confirmed that this spreadsheet also contains the amounts that NCUA received for its conveyance of RMBS certificates as part of the NGN Program. RBS represents that with such a confirmation, "the parties would likely have no dispute."

In its response of March 20, NCUA explains that on March 17 it offered to work cooperatively with the defendants to identify

and discuss the relevant fields in the spreadsheet and related documents.  It also represents that it has already provided the confirmation in writing that RBS requests.  Accordingly, it is hereby

ORDERED that the parties shall meet and confer in good faith to resolve any outstanding dispute regarding how to read the Barclays spreadsheet or any other spreadsheet produced by a party in this litigation.

IT IS FURTHER ORDERED that RBS will identify to NCUA its reasons for believing that the prior confirmations given by NCUA are inadequate and that NCUA will promptly cure any deficiency.

Dated: March 23, 2015        /s/ Denise Cote
                             United States District Judge


Dated: March 23, 2015        /s/ George H. Wu
                             United States District Judge


Dated: March 23, 2015        /s/ John W. Lungstrum
                             United States District Judge


Dated: March 23, 2015        /s/ James P. O'Hara
                             United States Magistrate Judge