UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union, <br><br> Plaintiff, <br><br> -against- <br><br> CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., <br><br> Defendants. | No. 13-cv-6736 (DLC) <br><br> **NOTICE OF APPEARANCE** |

     **PLEASE TAKE NOTICE** that Keara A. Bergin, with the law firm of Dewey Pegno &

Kramarsky LLP, admitted to the Bar of this Court, hereby respectfully enters her appearance as

counsel for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston

Mortgage Securities Corp.  All pleadings and correspondence should be served upon Dewey

Pegno & Kramarsky LLP at the below-referenced address.


Dated: New York, New York
      June 16, 2015



               DEWEY PEGNO & KRAMARSKY LLP


               By:_____/s/ Keara A. Bergin_____
               Keara A. Bergin
               777 Third Avenue, 37th Floor
               New York, NY 10017
               Telephone: (212) 943-9000

               *Attorneys for Defendants Credit Suisse Securities*
               *(USA) LLC and Credit Suisse First Boston*
               *Mortgage Securities Corp.*