UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.,<br><br>　　　　　　　　Defendants. | No. 13-cv-6736 (DLC)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Daniel Shternfeld, with the law firm of Dewey Pegno & Kramarsky LLP, admitted to the Bar of this Court, hereby respectfully enters his appearance as counsel for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.  All pleadings and correspondence should be served upon Dewey Pegno & Kramarsky LLP at the below-referenced address.

Dated: New York, New York
　　　　June 16, 2015

　　　　　　　　　　　　　　　　　　　DEWEY PEGNO & KRAMARSKY LLP

　　　　　　　　　　　　　　　　　　　By:　　/s/ Daniel Shternfeld
　　　　　　　　　　　　　　　　　　　Daniel Shternfeld
　　　　　　　　　　　　　　　　　　　777 Third Avenue, 37th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　Telephone: (212) 943-9000

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*