# EXHIBIT A

| | **Current MDP Schedule** | **NCUA's Proposed Schedule for S.D.N.Y.** | **NCUA's Proposed Schedule for D. Kan.** |
|---|---|---|---|
| **Substantial Completion of Document Production** | 10/31/2014 | SAME | SAME |
| **Substantial Completion of Supplemental Document Production (for reinstated certificates only)** | N/A | N/A | 8/14/2015 |
| **Fact Discovery Ends** | 7/17/2015 | SAME | SAME |
| **Supplemental Fact Discovery Ends (for reinstated certificates only)** | N/A | N/A | 10/30/2015 |
| **Opening Expert Reports** | 8/14/2015 | SAME | 3/4/2016 |
| **Rebuttal Expert Reports** | 10/16/2015 | SAME | 5/6/2016 |
| **Reply Expert Reports** | 11/20/2015 | SAME | 6/10/2016 |
| **Expert Discovery Ends** | 1/15/2016 | SAME | 7/15/2016 |
| **Summary Judgment Motions Due** | 2/5/2016 | SAME | 8/12/2016 |
| **Summary Judgment Motions – fully submitted** | 3/25/2016 | SAME | 9/30/2016 |
| **Trials in SDNY – Tranche 1** | June 2016 | SAME | N/A |
| **Trials in SDNY – Tranche 2** | September 2016 | SAME | N/A |