# EXHIBIT B

|  | **Current LFRP Schedule** | **NCUA's Proposed Schedule for S.D.N.Y.** | **NCUA's Proposed Schedule for D. Kan.** |
|---|---|---|---|
| § (a) | 4/18/2014 | SAME | 6/19/2015 |
| § (b) | 5/16/2014 | SAME | 7/17/2015 |
| § (c) | 6/27/2014 | SAME | 8/14/2015 |
| § (i) | 5/15/2015 | SAME | 12/4/2015 |
| § (k) | 2/20/2015 | SAME | 9/11/2015 |