# EXHIBIT D

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900

FACSIMILE:
(202) 326-7999

March 10, 2015

*Via Electronic Mail*

Lauren A. Moskowitz, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Re:   *NCUA v. Credit Suisse Sec. (USA) LLC*, No. 13-cv-6736 (S.D.N.Y.);
      *NCUA v. Credit Suisse Sec. (USA) LLC*, No. 12-cv-2648 (D. Kan.)

Dear Lauren:

    We anticipate that 12 RMBS certificates will be reinstated in the Kansas action against Credit Suisse as a result of the Tenth Circuit's March 3, 2015 decision in the *Barclays* case. NCUA plans to supplement its production in the near future with responsive documents relating to these certificates.

    NCUA is prepared to run supplemental search terms now and produce responsive documents promptly. Attached is a list of deal-specific search terms that NCUA proposes the parties run for these certificates. These are based on the parties' agreed-upon search terms for the 19 certificates that were active prior to the Tenth Circuit's decision. Please confirm that this list is acceptable. For the reinstated certificates, please identify any additional loan pool identifiers, loan numbers, servicers, due diligence firms, and originators that contributed more than 5% of the loans for these transactions. Upon receipt of this list, we will promptly propose additional search terms for these categories similar to the search terms used for certificates that were active prior to the Tenth Circuit's decision. NCUA's prompt production of any additional materials relating to the reinstated certificates is contingent on Credit Suisse's provision of this information. If Credit Suisse chooses to delay the provision of this information, NCUA will oppose any additional discovery relating to this delay (such as any request to conduct a second deposition of any credit union or NCUA witness).

    NCUA is further prepared to discuss additional document discovery from Credit Suisse relating to the dismissed certificates. NCUA therefore requests that, consistent with the Court's January 28, 2015 Order, you provide us with a list of Credit Suisse individuals relevant to the

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

Lauren A. Moskowitz, Esq.
March 10, 2015
Page 2

reinstated certificates, together with their respective roles.  We will then meet and confer with you regarding additional custodians, additional search terms, and an expanded relevant date range.  If Credit Suisse opposes NCUA's motion for reconsideration to reinstate these certificates, NCUA will agree that it need not respond to this request relating to additional Credit Suisse discovery until seven days after a decision on that motion.

Please let me know if you have any questions.

Sincerely,

/s/ Andrew M. Hetherington

Andrew M. Hetherington

| CUSIP | Deal Name | Shelf Name |
|---|---|---|
| 31659TEK7 | (("Fieldstone") w/6 (2005-3 or 05-3 or 20053 or 053)) or ((FMIC*) w/3 (2005-3 or 05-3 or 20053 or 053)) or ((FMIT*) w/3 (2005-3 or 05-3 or 20053 or 053)) or ((Series) w/3 (2005-3 or 05-3 or 20053 or 053) | FMIC* |
| 437084QZ2 | (("Home Equity") w/6 (2005-9 or 05-9 or 20059 or 059)) or ((HEMT*) w/3 (2005-9 or 05-9 or 20059 or 059)) or ((Series) w/3 (2005-9 or 05-9 or 20059 or 059)) | HEAT* |
| 43709NAE3 | (("Home Equity") w/6 (2006-7 or 06-7 or 20067 or 067)) or ((HEMT*) w/3 (2006-7 or 06-7 or 20067 or 067)) or ((Series) w/3 (2006-7 or 06-7 or 20067 or 067)) | HEAT* |
| 43709QAD8 43709QAE6 43709QAG1 | (("Home Equity") w/6 (2006-8 or 06-8 or 20068 or 068)) or ((HEMT*) w/3 (2006-8 or 06-8 or 20068 or 068)) or ((Series) w/3 (2006-8 or 06-8 or 20068 or 068)) | HEAT* |
| 74924XAC9 | ((RASC*) w/6 (2007-EMX1 or 07-EMX1 or 2007EMX1 or 07EMX1)) or ((RFC*) w/6 (2007-EMX1 or 07-EMX1 or 2007EMX1 or 07EMX1)) or ((ResCap*) w/6 (2007-EMX1 or 07-EMX1 or 2007EMX1 or 07EMX1)) or ((Series) w/3 (2007-EMX1or 07-EMX1 or 2007EMX1 or 07EMX1)) | RASC* or Rescap or RFC |
| 225470B28 | (("Adjustable Rate") w/6 (2006-1 or 06-1 or 20061 or 061)) or ((ARM*) w/3 (2006-1 or 06-1 or 20061 or 061)) or ((Series) w/3 (2006-1 or 06-1 or 20061 or 061)) | ARMT* |
| 00703QBF8 | (("Adjustable Rate") w/6 (2006-3 or 06-3 or 20063 or 063)) or ((ARM*) w/3 (2006-3 or 06-3 or 20063 or 063)) or ((Series) w/3 (2006-3 or 06-3 or 20063 or 063)) | ARMT* |
| 00703AAG2 | (("Adjustable Rate") w/6 (2007-2 or 07-2 or 20072 or 072)) or ((ARM*) w/3 (2007-2 or 07-2 or 20072 or 072)) or ((Series) w/3 (2007-2 or 07-2 or 20072 or 072)) | ARMT* |
| 80556AAD9 | ((Saxon*) w/6 (2006-3 or 06-3 or 20063 or 063)) or ((SAST*) w/3 (2006-3 or 06-3 or 20063 or 063)) or ((Series) w/3 (2006-3 or 06-3 or 20063 or 063)) | SAST* |