# EXHIBIT E

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900

FACSIMILE:
(202) 326-7999

May 22, 2015

*Via Electronic Mail*

| | |
|---|---|
| James P. Rouhandeh | David H. Braff |
| DAVIS POLK & WARDELL LLP | SULLIVAN & CROMWELL LLP |
| 450 Lexington Avenue | 125 Broad Street |
| New York, NY 10017 | New York, NY 10004 |
| *Counsel for Morgan Stanley & Co.,* | *Counsel for Barclays Capital Inc.* |
| *Inc. n/k/a Morgan Stanley & Co. LLC, and* | |
| *Morgan Stanley Capital I Inc.* | |

| | |
|---|---|
| Richard W. Clary | Scott D. Musoff |
| CRAVATH, SWAINE & MOORE LLP | SKADDEN, ARPS, SLATE, |
| 825 Eighth Avenue | MEAGHER & FLOM LLP |
| New York, NY 10019 | Four Times Square |
| *Counsel for Credit Suisse Securities (USA)* | New York, NY 10036 |
| *LLC and Credit Suisse First Boston Mortgage* | *Counsel for UBS Securities, LLC* |
| *Securities Corp.* | |

Re:   *NCUA v. Morgan Stanley & Co.,* No. 13-6705 (S.D.N.Y.)
      *NCUA v. Morgan Stanley & Co.,* No. 13-2418 (D. Kan.)
      *NCUA v. UBS Securities, LLC,* No. 13-6731 (S.D.N.Y.)
      *NCUA v. UBS Securities, LLC,* No. 12-2591 (D. Kan.)
      *NCUA v. Barclays Capital Inc.,* No. 13-6727 (S.D.N.Y.)
      *NCUA v. Barclays Capital Inc.,* No. 12-2631 (D. Kan)
      *NCUA v. Credit Suisse Securities (USA) LLC*, No. 13-6736 (S.D.N.Y.)
      *NCUA v. Credit Suisse Securities (USA) LLC*, No. 12-2648 (D. Kan.)

Dear Counsel:

     As you know, the Tenth Circuit reversed the district court's dismissal of 12 RMBS certificates in the *Barclays* case, and NCUA has sought reconsideration of the dismissal of certificates in the Credit Suisse (12), UBS (10), and Morgan Stanley (18) actions.  We write to request the agreed-upon search terms that are uniquely within Defendants' possession for these certificates (e.g., loan identification numbers, loan purchase identifiers, due diligence project names, etc.) so that NCUA can promptly provide any responsive materials.

Letter to Messrs. Rouhandeh, Braff, Clary, and Musoff
May 22, 2015
Page 2

                Sincerely,

                /s/ Andrew C. Shen

                Andrew C. Shen