# EXHIBIT H

|  | **Current MDP Schedule** | **NCUA's Proposed Schedule for S.D.N.Y.** | **NCUA's Proposed Schedule for D. Kan.** | **Credit Suisse's Proposed Schedule for S.D.N.Y. and D. Kan.** |
|---|---|---|---|---|
| **Substantial Completion of Document Production** | 10/31/2014 | 10/31/2014 | 10/31/2014 | 10/31/2014 |
| **Substantial Completion of Supplemental Document Production (for reinstated certificates only)** | N/A | N/A | 8/14/2015 | 8/14/2015 |
| **Fact Discovery Ends** | 7/17/2015 | 7/17/2015 | 7/17/2015 | 9/30/2015 |
| **Supplemental Fact Discovery Ends (for reinstated certificates only)** | N/A | N/A | 10/30/2015 | N/A |
| **Opening Expert Reports** | 8/14/2015 | 8/14/2015 | 3/4/2016 | 1/14/2016 |
| **Rebuttal Expert Reports** | 10/16/2015 | 10/16/2015 | 5/6/2016 | 3/17/2016* |
| **Reply Expert Reports** | 11/20/2015 | 11/20/2015 | 6/10/2016 | 4/14/2016 |
| **Expert Discovery Ends** | 1/15/2016 | 1/15/2016 | 7/15/2016 | 5/12/2016 |
| **Summary Judgment Motions Due** | 2/5/2016 | 2/5/2016 | 8/12/2016 | 6/16/2016 |
| **Summary Judgment Motions – fully submitted** | 3/25/2016 | 3/25/2016 | 9/30/2016 | 8/4/2016 |
| **Trials in SDNY – Tranche 1** | June 2016 | June 2016 | N/A | N/A |
| **Trials in SDNY – Tranche 2** | September 2016 | September 2016 | N/A | September 2016 |

* Credit Suisse may submit reunderwriting analysis in support of a loss causation expert report in the Kansas Action on the deadline for Rebuttal Expert Reports, rather than on the deadline for Opening Expert Reports. NCUA's deadline to submit a responsive expert report on this topic is 4/14/2016.

|  | **Current LFRP Schedule** | **NCUA's Proposed Schedule for S.D.N.Y.** | **NCUA's Proposed Schedule for D. Kan.** | **Credit Suisse's Proposed Schedule for S.D.N.Y.** | **Credit Suisse's Proposed Schedule for D. Kan.** |
|---|---|---|---|---|---|
| § (a) | 4/18/2014 | 4/18/2014 | 6/19/2015 | 4/18/2014 | 6/19/2015 |
| § (b) | 5/16/2014 | 5/16/2014 | 7/17/2015 | 5/16/2014 | 7/17/2015 |
| § (c) | 6/27/2014 | 6/27/2014 | 8/14/2015 | 6/27/2014 | 8/14/2015 |
| § (i) | 5/15/2015 | 5/15/2015 | 12/4/2015 | 5/15/2015 | 12/4/2015 |
| § (k) | 2/20/2015 | 2/20/2015 | 9/11/2015 | 2/20/2015 | 9/11/2015 |