# Exhibit B

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900

FACSIMILE:
(202) 326-7999

March 10, 2015

*Via Electronic Mail*

Lauren A. Moskowitz, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Re:   *NCUA v. Credit Suisse Sec. (USA) LLC*, No. 13-cv-6736 (S.D.N.Y.);
      *NCUA v. Credit Suisse Sec. (USA) LLC*, No. 12-cv-2648 (D. Kan.)

Dear Lauren:

As noted in our letter of March 5, we believe that the Tenth Circuit's March 3, 2015 decision in the *Barclays* case will result in the reinstatement of 12 RMBS certificates in the Kansas action against Credit Suisse. *See* March 5, 2015 Letter from D. Frederick to Counsel for Morgan Stanley, Barclays, UBS, and Credit Suisse at 1. NCUA's existing document requests and interrogatories to Credit Suisse will cover these 12 certificates once they are reinstated. Each set of requests and interrogatories covers "those Securities identified in the complaint(s) for which NCUA has pending claims." *E.g.*, NCUA's First Set of Requests for Production at 6 (Apr. 14, 2014); *accord* NCUA's Second Set of Requests for Production at 2 (Aug. 22, 2014); NCUA's Third Set of Requests for Production at 2 (Feb. 25, 2015); NCUA's First Set of Interrogatories at 3 (Oct. 2, 2014); NCUA's Second Set of Interrogatories at 3 (Feb. 10, 2015); NCUA's Third Set of Interrogatories at 3 (Feb. 26, 2015). Each of the previously dismissed securities was identified in NCUA's Kansas complaint and, upon reinstatement, will be a security for which NCUA has pending claims.

NCUA therefore formally requests that Credit Suisse supplement its discovery responses to provide information relevant to these certificates. *See* March 5, 2015 Letter from D. Frederick to Counsel for Morgan Stanley, Barclays, UBS, and Credit Suisse at 3 n.1. If Credit Suisse opposes NCUA's motion for reconsideration to reinstate these certificates, NCUA will agree that Credit Suisse need not formally respond to this request until seven days after a decision on that motion.

Please let me know if you have any questions.

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

Lauren A. Moskowitz, Esq.
March 10, 2015
Page 2

                                               Sincerely,

                                               /s/ Andrew M. Hetherington

                                               Andrew M. Hetherington