Case 1:13-cv-06736-DLC   Document 201-4   Filed 08/12/15   Page 1 of 2

# Exhibit D

| | |
|---|---|
| **From:** | Benjamin Diessel |
| **To:** | Ward, John B. |
| **Cc:** | "Alexander del Nido"; Hetherington, Andrew M.; Shen, Andrew C.; Moskowitz, Lauren; Reynolds, Michael; "Omid Nasab"; Clary, Richard; Schultz, Thomas G.; Kim, Wan J. |
| **Subject:** | RE: NCUA v. Credit Suisse |
| **Date:** | Thursday, March 26, 2015 7:13:42 PM |
| **Attachments:** | NYLit_2684333_3.DOCX |

Counsel:

As discussed, attached is a stipulation to be filed with the Courts embodying the parties' agreement during their March 26, 2015 meet and confer concerning the timing of Credit Suisse's responses to NCUA's first set of interrogatories. Please let us know if you have comments or if we are authorized to file.

In addition, below is a memorialization of the parties' agreement concerning the timing of Credit Suisse's responses to NCUA's second and third sets of interrogatories:

With the exception of interrogatories 12 and 13, Credit Suisse will supplement its responses to NCUA's second set of interrogatories and respond to NCUA's third set of interrogatories with respect to the securitizations at issue for which Credit Suisse served solely as underwriter by April 22, 2015.

With the exception of interrogatories 12 and 13, Credit Suisse will supplement its responses to NCUA's second set of interrogatories and respond to NCUA's third set of interrogatories with respect to the remaining securitizations at issue by April 30, 2015.

With respect to interrogatories 12 and 13, Credit Suisse's responses served March 16, 2015 are acceptable and will not be supplemented.

Benjamin Diessel
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1177 (direct)
(212) 474-3700 (fax)