# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

—

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
1-212-474-1648

WRITER'S EMAIL ADDRESS
lmoskowitz@cravath.com

| | | |
|---|---|---|
| JOHN W. WHITE | ANDREW W. NEEDHAM | KARIN A. DEMASI | BENJAMIN GRUENSTEIN |
| EVAN R. CHESLER | STEPHEN L. BURNS | LIZABETHANN R. EISEN | JOSEPH D. ZAVAGLIA |
| KRIS F. HEINZELMAN | KEITH R. HUMMEL | DAVID S. FINKELSTEIN | STEPHEN M. KESSING |
| B. ROBBINS KIESSLING | DAVID J. KAPPOS | DAVID GREENWALD | LAUREN A. MOSKOWITZ |
| ROGER D. TURNER | DANIEL SLIFKIN | RACHEL G. SKAISTIS | DAVID J. PERKINS |
| PHILIP A. GELSTON | ROBERT I. TOWNSEND, III | PAUL H. ZUMBRO | JOHNNY G. SKUMPIJA |
| RORY O. MILLSON | WILLIAM J. WHELAN, III | JOEL F. HEROLD | J. LEONARD TETI, II |
| RICHARD W. CLARY | SCOTT A. BARSHAY | ERIC W. HILFERS | D. SCOTT BENNETT |
| WILLIAM P. ROGERS, JR. | PHILIP J. BOECKMAN | GEORGE F. SCHOEN | TING S. CHEN |
| JAMES D. COOPER | ROGER G. BROOKS | ERIK R. TAVZEL | CHRISTOPHER K. FARGO |
| STEPHEN L. GORDON | WILLIAM V. FOGG | CRAIG F. ARCELLA | KENNETH C. HALCOM |
| DANIEL L. MOSLEY | FAIZA J. SAEED | TEENA-ANN V. SANKOORIKAL | DAVID M. STUART |
| ROBERT H. BARON | RICHARD J. STARK | ANDREW R. THOMPSON | JONATHAN L. DAVIS |
| KEVIN J. GREHAN | THOMAS E. DUNN | DAMIEN R. ZOUBEK | AARON M. GRUBER |
| C. ALLEN PARKER | MARK I. GREENE | LAUREN ANGELILLI | O. KEITH HALLAM, III |
| SUSAN WEBSTER | DAVID R. MARRIOTT | TATIANA LAPUSHCHIK | OMID H. NASAB |
| DAVID MERCADO | MICHAEL A. PASKIN | ERIC L. SCHIELE | |
| ROWAN D. WILSON | ANDREW J. PITTS | ALYSSA K. CAPLES | SPECIAL COUNSEL |
| CHRISTINE A. VARNEY | MICHAEL T. REYNOLDS | JENNIFER S. CONWAY | SAMUEL C. BUTLER |
| PETER T. BARBUR | ANTONY L. RYAN | MINH VAN NGO | GEORGE J. GILLESPIE, III |
| SANDRA C. GOLDSTEIN | GEORGE E. ZOBITZ | KEVIN J. ORSINI | |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | MATTHEW MORREALE | |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | JOHN D. BURETTA | OF COUNSEL |
| RICHARD HALL | GARY A. BORNSTEIN | J. WESLEY EARNHARDT | MICHAEL L. SCHLER |
| JULIE A. NORTH | TIMOTHY G. CAMERON | YONATAN EVEN | |

August 17, 2015

Re:   NCUA v. Credit Suisse Securities (USA) LLC, No. 13-cv-6736 (DLC) (S.D.N.Y.)
      NCUA v. Credit Suisse Securities (USA) LLC, No. 12-cv-2648 (JWL-JPO) (D. Kan.)
      NCUA v. Morgan Stanley & Co., Inc., No. 13-cv-6705 (DLC) (S.D.N.Y.)

The Honorable Denise L. Cote
   United States District Court for the Southern District of New York
      Daniel Patrick Moynihan U.S. Courthouse
         500 Pearl Street
            New York, NY 10007

The Honorable George H. Wu
   United States District Court for the Central District of California
      312 North Spring Street
         Los Angeles, CA 90012

The Honorable John W. Lungstrum
The Honorable James P. O'Hara
   United States District Court for the District of Kansas
      500 State Avenue
         Kansas City, KS 66101

Dear Judges Cote, Wu, Lungstrum and O'Hara:

      I write on behalf of Credit Suisse and NCUA in response to the Courts' Order of August 14, 2015 that NCUA and Credit Suisse meet and confer regarding the schedule set forth in Credit Suisse's August 14, 2015 letter to the Courts (ECF No. 384) for supplementing its interrogatory responses for the 12 reinstated certificates in the Kansas action, and bring any remaining dispute to the Courts' attention by August 17, 2015 at noon EDT. (ECF No. 385.) Pursuant to the Courts' Order, the parties have conferred concerning the supplementation schedule set forth in Credit Suisse's August 14, 2015 letter to the Courts. Following further conferral, the parties do not have any remaining dispute on this issue to bring to the Courts' attention.

      Respectfully,

      /s/ Lauren A. Moskowitz

      Lauren A. Moskowitz

BY EMAIL

Copies to:

All counsel of record

BY EMAIL