IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, *et al.*,<br><br>Defendants. | Case No. 13-CV-6736 (DLC) |

*Granted.*
[signature]
9/18/15

**MEMO ENDORSED**

## NOTICE OF MOTION TO WITHDRAW APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 1.4, upon the accompanying Declaration of John B. Ward, dated September 18, 2015, the undersigned will move this Court at a date and time to be determined by the Court for an Order granting the withdrawal of John B. Ward as one of the counsel for Plaintiff National Credit Union Administration Board, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union ("NCUA"), in the above-captioned action.

As set forth in his declaration, Mr. Ward is leaving the law firm Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. Other attorneys at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., as well as attorneys at Korein Tillery LLC and Patterson Belknap Webb & Tyler LLP, will continue as counsel for NCUA in this litigation.

Dated: September 18, 2015

Respectfully submitted,

/s/ Erik Haas
Erik Haas
Peter W. Tomlinson
Philip R. Forlenza
Henry J. Ricardo
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
ehaas@pbwt.com
pwtomlinson@pbwt.com
pforlenza@pbwt.com
hjricardo@pbwt.com

David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com

Stephen M. Tillery
Michael E. Klenov
Steven M. Berezney
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com
mklenov@koreintillery.com
sberezney@koreintillery.com

*Attorneys for Plaintiff National Credit Union Administration Board*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, *et al.*,<br><br>Defendants. | Case No. 13-CV-6736 (DLC) |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Upon the motion of counsel and the Declaration of John B. Ward, IT IS HEREBY ORDERED that John B. Ward is no longer counsel of record for Plaintiff National Credit Union Administration Board, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union. The Clerk of the Court is respectfully requested to amend the Court's records accordingly.

_____
United States District Judge

Dated: _____, 2015