```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                         Plaintiff,       :    13cv6705 (DLC)
              -v-                         :    13cv6719 (DLC)
                                          :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,             :    13cv6726 (DLC)
                                          :    13cv6727 (DLC)
                         Defendants.      :    13cv6731 (DLC)
                                          :    13cv6736 (DLC)
And other NCUA Actions.                   :
-----------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                         Plaintiff,       :    11cv2340 (JWL)
              -v-                         :    11cv2649 (JWL)
                                          :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH     :    12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,            :    12cv2648 (JWL)
                                          :    13cv2418 (JWL)
                         Defendants.      :
                                          :
And other NCUA Actions.                   :
-----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/15
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                          Plaintiff,     :
              -v-                        :
                                         :    11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH    :    11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,           :
                                         :
                          Defendants.    :       ORDER
                                         :
And other NCUA Actions.                  :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On October 19, 2015, UBS submitted an application to our three Courts requesting that NCUA be ordered to produce certain documents for which it has asserted the attorney-client privilege and/or the work product doctrine, on the ground that the documents are relevant to an equitable estoppel issue for reinstated Certificates in the Kansas action. It is hereby

2

ORDERED that any responsive submissions shall be filed by October 21, 2015, at 5:00 p.m. EDT.

Dated: October 20, 2015           /s/ Denise Cote
                                  United States District Judge


Dated: October 20, 2015           /s/ George H. Wu
                                  United States District Judge


Dated: October 20, 2015           /s/ John W. Lungstrum
                                  United States District Judge


Dated: October 20, 2015           /s/ James P. O'Hara
                                  United States Magistrate Judge