**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br><br>                    Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, *et al.,*<br><br>                    Defendants. | Civil Action No. 13-cv-6736 (DLC) |

## <u>NOTICE OF APPEARANCE</u>

To the Clerk of this Court and all parties of record:

Andrew E. Goldsmith, a member in good standing of this Court, enters his appearance in the  above-captioned matter as counsel of record for National Credit Union Administration Board, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union.


Dated:  November 16, 2015                    Respectfully submitted,


                                        */s/ Andrew E. Goldsmith*
                                        Andrew E. Goldsmith (AG-7360)
                                        KELLOGG, HUBER, HANSEN, TODD,
                                           EVANS & FIGEL, P.L.L.C.
                                        1615 M Street, NW, Suite 400
                                        Washington, DC 20036
                                        Telephone:  (202) 326-7900
                                        Facsimile:  (202) 326-7999
                                        agoldsmith@khhte.com