```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                          Plaintiff,     :
              -v-                        :    13cv6736 (DLC)
                                         :
CREDIT SUISSE SECURITIES (USA) LLC,      :    ORDER
et al.,                                  :
                                         :
                          Defendants.    :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On September 18, 2015, the Court ordered that the parties to this action schedule mediation or settlement sessions to take place no later than October 30. This action is scheduled to proceed to trial on June 20, 2016. It is hereby

ORDERED that the parties shall, by December 18, jointly file a further update on the status of mediation or settlement discussions in this matter, including the dates on which they are scheduled to continue any settlement discussions.

Dated:   New York, New York
         December 2, 2015

                                   _____
                                          DENISE COTE
                                   United States District Judge