# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| National Credit Union Administration Board | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   13-cv-06736-DLC |
| Credit Suisse Securities (USA) LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Credit Union Administration Board

Date:   01/12/0106

*Attorney's signature*

Michael Klenov (81369)
*Printed name and bar number*

Korein Tillery LLC
505 N. 7th St., Ste. 3600
St. Louis, MO 63101

*Address*

mklenov@koreintillery.com
*E-mail address*

(314) 241-4844
*Telephone number*

(314) 241-3525
*FAX number*