IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, *et al.*,<br><br>Defendants. | Case No. 13-CV-6736 (DLC)<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE: SUMMARY JUDGMENT SCHEDULE<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/1/2016 |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>UBS SECURITIES, LLC,<br><br>Defendants. | Case No. No. 13-cv-6731 (DLC) |

WHEREAS, Plaintiff National Credit Union Administration Board ("NCUA"), as liquidating agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union, and Defendants in these Actions ("Defendants" and, together with NCUA, the "Parties") have met and conferred regarding summary judgment motions;

WHEREAS, summary judgment motions are scheduled to be filed no later than February 5, 2016, and fully submitted by March 25, 2016; and

WHEREAS, the Parties believe that certain procedures and page limits will assist the Parties to complete summary judgment filings in an efficient manner;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. All summary judgment materials shall be filed initially under seal. Within three weeks of the sealed filing, the Parties shall agree upon appropriate redactions to all summary judgment materials, and file a redacted version of each summary judgment document.

2. The Parties may submit one or more consolidated motions for summary judgment that incorporate arguments related to all Defendants, and the opening memorandum of law in support of each such consolidated motion shall not exceed 40 pages.

3. Plaintiff may file memoranda of law in support of motions for summary judgment regarding Defendants' affirmative defenses of due diligence or reasonable care of no more than 60 pages for each Defendant.

4. After all motions for summary judgment have been filed, the Parties shall meet and confer regarding page limits and briefing schedule for oppositions and reply memoranda of law. The briefing schedule shall provide that oppositions will be due on a mutually agreeable date on or after March 4, 2016.

So ordered.

*/s/ Denise Cote*
2/1/16

Dated: January 28, 2016

STIPULATED AND AGREED.

*/s/ Gregory G. Rapawy*
David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

Stephen M. Tillery
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com

*Attorneys for Plaintiff NCUA*

Erik Haas
Peter W. Tomlinson
Philip R. Forlenza
Henry J. Ricardo
PATTERSON BELKNAP WEBB &
  TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
ehaas@pbwt.com
pwtomlinson@pbwt.com
pforlenza@pbwt.com
hjricardo@pbwt.com

David H. Wollmuth
Frederick R. Kessler
Steven S. Fitzgerald
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
dwollmuth@wmd-law.com
fkessler@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com

*Robert A. Fumerton /ggr*
by permission

Jay B. Kasner
Scott D. Musoff
Robert A. Fumerton
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
jay.kasner@skadden.com
scott.musoff@skadden.com
robert.fumerton@skadden.com

*Attorneys for Defendant UBS Securities, LLC*

*Richard W. Clary /ggr*
by permission

Richard W. Clary
Richard J. Stark
Michael T. Reynolds
Lauren A. Moskowitz
Omid H. Nasab
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
rclary@cravath.com
rstark@cravath.com
mreynolds@cravath.com
lmoskowitz@cravath.com
onasab@cravath.com

*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*

**SO ORDERED** this _____ day of _____, 2016

_____
Hon. Denise L. Cote
United States District Judge
Southern District of New York