IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br><br>                Plaintiff,<br><br>      v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.,<br><br>                Defendants. | No. 13-cv-6736 (DLC) |

## NCUA'S MEMORANDUM REGARDING ITS REDACTIONS TO SUMMARY JUDGMENT MATERIALS

On February 5, 2016, NCUA and Defendants Credit Suisse and UBS filed a combined nine motions for summary judgment, along with accompanying materials. Pursuant to the Court's February 1, 2016 Order, ECF No. 226, at 2, the parties initially filed all of those materials under seal; and on February 26, 2016, the parties filed redacted versions of them. On March 3, 2016, the Court ordered the parties to "identify each category of information that they redacted" and the "justification" for such redactions. ECF No. 279, at 1. In sum, NCUA did not redact any information at all related to four of the motions. For the remaining five motions, NCUA made very limited redactions of two categories of information: (1) proprietary business information obtained from Barclays Capital Inc. and BlackRock Financial Management, Inc.; and (2) publicly unavailable personal information regarding non-parties.

    **1.** Most of NCUA's redactions relate to non-party business information, which NCUA redacted based on the requests of third-parties. Barclays, which structured the NCUA Guaranteed

Notes Program ("NGN Program"), requested a number of redactions based on a non-disclosure agreement that it entered into with NCUA in 2010. Those redactions are summarized below.[1]

| Motion | Document Redacted | Redactions |
|---|---|---|
| NCUA's Damages Motion | Memorandum In Support | Sentences at pages 5, 9, 12, 28, and 31 |
| NCUA's Damages Motion | Statement of Facts | ¶¶ 17, 21, 23, 24, 80, 81, 84, 85, 86, 88, 99 |
| NCUA's Damages Motion | Exhibit 7 | Redacted in full |
| NCUA's Damages Motion | Exhibit 11 | Redacted in full |
| NCUA's Damages Motion | Exhibit 12 | Redacted in full |
| NCUA's Damages Motion | Exhibit 32 | ¶ 16(c), ¶ 17(a), Ex. 2, n.48, ¶ 38, ¶ 39, ¶ 40, ¶ 41, ¶ 43, Ex. 7, ¶ 67, Ex. 10, ¶ 69, Ex. 11, ¶ 70, Ex. 12, ¶ 71 |
| NCUA's Compendium Declaration | Exhibit FF | 61:21-25 |
| Defendants' NGN Motion | Exhibit H | 63:16-65:25 |
| Defendants' NGN Motion | Exhibit O | ¶ 12, n.22, n.46, ¶ 32 |
| Defendants' NGN Motion | Exhibit Q | ¶ 11, ¶ 18 |
| Defendants' NGN Motion | Exhibit T | Redacted in full |
| Defendants' NGN Motion | Exhibit U | Redacted in full |
| Defendants' NGN Motion | Exhibit V | Redacted in full |
| Defendants' NGN Motion | Exhibit W | Redacted in full |
| Defendants' NGN Motion / Defendants' PJI Motion | Exhibit N / Exhibit 51 | ¶ 37 & n.35, ¶ 39, ¶ 42, ¶ 43, n.48, n.62, ¶ 60 & n.65, n.67, Ex. B3, Ex. B4 |
| Defendants' PJI Motion | Exhibit 52 | ¶ 10, ¶ 11, n.13, ¶ 31, ¶ 33, Ex. B3, Ex. B4 |
| Defendants' PJI Motion | Exhibit 53 | ¶ 37 & n.35, ¶ 39, ¶ 42, ¶ 43, n.48, n.62, ¶ 60 & n.65, n.67, Ex. B3, Ex. B4 |
| Defendants' PJI Motion | Exhibit 54 | ¶ 11, ¶ 12, ¶ 32, ¶ 33, ¶ 35 & n.42, ¶ 36, Ex. B3, Ex. B4 |
| Defendants' PJI Motion | Exhibit 55 | ¶ 16(c), ¶ 37, n.51, ¶ 39, ¶ 40, ¶ 41, ¶ 43, Ex. 7, ¶ 52, ¶ 67, Ex. 10, App'x A, Ex. 11, ¶ 70, Ex. 12, ¶ 71, Ex. 13 |

---

[1] *See Dodona I, LLC v. Goldman, Sachs & Co.*, 119 F. Supp. 3d 152, 155-56 (S.D.N.Y. 2015) (third parties' "confidential trade secrets, other proprietary business information, and client identities and trading activity" properly redacted); *Worldwide Home Prods., Inc. v. Bed, Bath & Beyond, Inc.*, No 11-cv-3633, 2015 WL 1573325, at *6 (S.D.N.Y. Apr. 9, 2015) ("confidential third party pricing information" properly redacted); *SOHC, Inc. v. Zentis Sweet Ovations Holding LLC*, 14-cv-2270, 2014 WL 5643683, at *5 (S.D.N.Y. Nov. 4, 2014) ("financial figures and customer information" properly redacted).

NCUA also redacted similar information created by and obtained from BlackRock Financial Management, Inc. in connection with the NGN Program.  BlackRock notified NCUA that it would consent to some of the material being publicly filed, but it noted that portions of the documents containing BlackRock's information also contained other entities' proprietary information, which BlackRock had obtained subject to a license.  Because NCUA received that notification shortly before the deadline for filing the redacted materials, NCUA redacted all such materials pending additional discussions.  In sum, NCUA's existing redactions to the summary judgment materials pertaining to Blackrock are as follows:

| Motion | Document Previously Redacted | Initial Redactions |
|---|---|---|
| NCUA's Compendium Declaration | Exhibit FF | 98:4-100:23 |
| NCUA's Compendium Declaration | Exhibit YY | 142:1-144:5 |
| NCUA's Damages Motion | Statement of Facts | ¶ 43, ¶ 111, ¶ 112, ¶ 113 |
| NCUA's Damages Motion | Exhibit 21 | Redacted in full |
| NCUA's Damages Motion | Exhibit 22 | Redacted in full |
| NCUA's Damages Motion | Exhibit 27 | Redacted in full |
| NCUA's Damages Motion | Exhibit 28 | Redacted in full |
| NCUA's Damages Motion | Exhibit 29 | Redacted in full |
| NCUA's Damages Motion | Exhibit 31 | Redacted in full |
| NCUA's Damages Motion | Exhibit 32 | ¶ 10, ¶ 31, Ex. 6, ¶ 36, ¶ 37, ¶ 44, ¶ 45, ¶ 46, Ex. 8, ¶ 52, Ex. 9, ¶ 65 & n.62, Ex. 13, App'x B |
| Defendants' NGN Motion | Exhibit K | 380:10-12; 380:24-381:1 |
| Defendants' NGN Motion | Exhibit O | ¶ 11, ¶ 12, ¶ 20 & n.18, ¶ 22 & n.22, nn.24-28, ¶ 23, ¶ 24 & n.32, ¶ 25 & nn.36-39, ¶ 27, ¶ 36 & n.39, Ex. 1, Ex. 2 |
| Defendants' NGN Motion / Defendants' PJI Motion | Exhibit P / Exhibit 49 | ¶ 27 & n.7, ¶ 29, n.10, ¶ 32, ¶ 34, ¶ 36, ¶ 38, ¶ 39, n.24, Ex. C, |
| Defendants' NGN Motion | Exhibit Q | ¶ 9 n.6, ¶ 13 |
| Defendants' PJI Motion | Exhibit 52 | ¶ 3, ¶ 15 & n.14, ¶ 17, ¶ 22, ¶ 25 & n.28, ¶ 33 (portion) |
| Defendants' PJI Motion | Exhibit 54 | ¶ 3, ¶ 16 & n.19, ¶ 18, ¶ 23, ¶ 26 & n.33 |

| | | |
|---|---|---|
| Defendants' PJI Motion | Exhibit 55 | ¶ 10, ¶ 16(c) (portion), ¶ 17(a), ¶ 18, ¶ 30, ¶ 35 & n.47, ¶ 36, ¶ 37 (portion), ¶ 38, ¶ 44, ¶ 45, ¶ 46, ¶ 63, ¶ 65 |

Since the filing of these redactions, NCUA has worked with BlackRock to identify the specific third-party data it requested NCUA not disclose.  NCUA was able to narrow its redactions to the following:  (1) ratings information provided to BlackRock by a non-party under a licensing agreement, (2) pricing information provided to BlackRock by a non-party under a licensing agreement and data from which that information could be reverse engineered, and (3) proprietary information regarding mortgage loans underlying certain securities provided to BlackRock by a non-party under a licensing agreement.[2]  Accordingly, NCUA is prepared to file revised redactions related to Blackrock that are limited to the following:

| Motion | Document Redacted | Redactions |
|---|---|---|
| NCUA's Damages Motion | Exhibit 21 | Columns I, J, K, N, O |
| NCUA's Damages Motion | Exhibit 22 | Tab "NCUA-NGN-U" columns K, L, M, P, Q, R; Tab "NCUA-AME-CMBSSurveillance" columns R, S, T, U-BK; Tab "NCUA-AME-RMBSSurveillance" columns O, P, Q, R-CU |
| NCUA's Damages Motion | Exhibit 27 | Charts at NCUA_A_0001674 and NCUA_A_0001675 |
| NCUA's Damages Motion | Exhibit 28 | Columns K, L, M, P |

---

[2] Those redactions seek to protect the business information of entities not involved in this litigation.  *See Dodona I*, 119 F. Supp. 3d at 155-56; *Worldwide Home Prods.*, 2015 WL 1573325, at *6; *SOHC*, 2014 WL 5643683, at *5.

| | | |
|---|---|---|
| NCUA's Damages Motion | Exhibit 29 | Tab "NCUA-NGN-U 3312011" columns K, L, M, P; Tab "NCUA-AME-U-3312011" columns K, L, M, P; Tab "NCUA-NGN-U-6302011" columns I, J, K, N, O; Tab "NCUA-AME-U 6302011" columns I, J, K, N, O |

**2.** As to a single exhibit pertaining to one summary judgment motion, NCUA has redacted personal information of non-parties that NCUA made reasonable efforts to determine are non-public. In Exhibit 10 to Defendants' Motion for Partial Summary Judgment on Members United's Failure to Comply with the Notice Provision of the Illinois Blue Sky Law, NCUA redacted only non-party individuals' phone numbers, email addresses, and grade-point averages. *See* Exhibit 10 at 15-16. NCUA did so only after confirming that that information was not otherwise publicly available on the Internet. NCUA's proposed redactions are therefore "narrowly tailored," *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006), and properly seek to protect "[t]he privacy interests of innocent third parties," which the Second Circuit has explained "should weigh heavily in a court's balancing equation." *United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995); *see also Pal v. New York Univ.*, No. 06-cv-5892, 2010 WL 2158283, at *1 (S.D.N.Y. May 27, 2010) (approving redaction of "confidential and sensitive patient information" but limiting such redactions to "information identifying the patients"). NCUA also redacted one page of deposition testimony in Exhibit WW to NCUA's Compendium Declaration for similar reasons, but upon additional consideration is prepared to file an unredacted version of that page. Finally, NCUA mistakenly made redactions to Exhibit FF to its Compendium Declaration and is prepared to file an unredacted version of that exhibit.

## CONCLUSION

NCUA respectfully submits that its initial redactions were appropriate. After further review, NCUA respectfully asks that it be permitted to maintain the more limited redactions set forth above. NCUA will await the direction of the Court concerning appropriate redactions and will implement that direction in coordination with the other parties.

Date:   March 7, 2016

Respectfully submitted,

/s/ David C. Frederick
David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL PLLC.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com

Stephen M. Tillery
Robert L. King
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com
rking@koreintillery.com

Erik Haas
Peter W. Tomlinson
Philip R. Forlenza
Henry J. Ricardo
PATTERSON, BELKNAP, WEBB & TYLER
    LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
ehaas@pbwt.com
pwtomlinson@pbwt.com
prforlenza@pbwt.com
hjricardo@pbwt.com